<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1670**

———————

ADRIAN CHARLES BANKS,

             Plaintiff – Appellant,

        v.

STATE OF SOUTH CAROLINA,

             Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson.   J. Michelle Childs, District Judge.  (8:10-cv-03031-JMC)

———————

Submitted: October 18, 2011        Decided: November 8, 2011

———————

Before NIEMEYER, SHEDD, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Adrian Charles Banks, Appellant Pro Se. James Emory Smith, Jr., Assistant Attorney General, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Charles Banks appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Banks v. South Carolina</u>, No. 8:10-cv-03031-JMC (D.S.C. May 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>